UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 03 CR 547-4 |
| | ) | |
| | ) | Judge Bucklo |
| DEMOND KING, | ) | |
| | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT AND RELEASE OF LIEN**

Judgment was entered against the defendant, in the above-captioned case, in the United States District Court for the Northern District of Illinois under case number 03 CR 547-4. The judgment in the amount of $22,188.50, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Cook County Recorder's Office on October 6, 2005, as document number 0527932054, is hereby released.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6008
joseph.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail within five business days from the date of e-filing, to the following non-ECF filers:

Demond King
[redacted]
Chicago, IL [redacted]

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 312-469-6008
joseph.stewart@usdoj.gov